COSMAIR, INC.

v.

DIRECTOR, NEW JERSEY DIVISION OF TAXATION.

May 12, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. DAVID ANDERSON.

May 12, 1987.

Petition for certification denied. The judgement of the Appellate Division is modified to the extent that the resentencing of defendant shall be conducted in light of *State v. Hartye,* 105 *N.J.* 411 (1987) and *State v. O'Connor,* 105 *N.J.* 399 (1987).

RENE R. BEAUDOIN v. BELMAR TAVERN
OWNERS ASSOCIATION.

May 12, 1987.

Petition for certification denied. (See 216 *N.J.Super.* 177)

STATE OF NEW JERSEY v. DENISE SANTOS.

May 12, 1987.

Petition for certification denied.